IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:09CV126

| | |
|---|---|
| MICHAEL E. McAFEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER OF DISMISSAL |
| ) | |
| FEDERAL EXPRESS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on the Plaintiff's nonpayment of the filing fees herein.

On March 31, 2009, the Court denied the Plaintiff's application to proceed in *forma pauperis* and directed that the required filing fees be paid to the Clerk within 20 days of entry of the Order. **See Order, filed March 31, 2009, at 2.** The Order warned Plaintiff that his failure to pay the fees would result in summary dismissal of the action. *Id*. The deadline for payment was April 20, 2009; to date, the filing fees have not been paid.

**IT IS, THEREFORE, ORDERED** that this action is hereby **DISMISSED** for failure to pay the required filing fees.

2

Signed: May 12, 2009

*[signature]*

Lacy H. Thornburg
United States District Judge